**Order entered January 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00608-CR

**AN THUY PHAM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-81767-09**

## ORDER

The Court **REINSTATES** the appeal.

On December 27, 2012, we ordered the trial court to conduct a hearing to determine why appellant's brief has not been filed. We **ADOPT** the trial court's findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent; (3) appellant is represented by court-appointed counsel William Schultz, who has not abandoned the appeal; and (4) counsel represented to the Court that he can file appellant's brief by February 1, 2013.

We **ORDER** appellant to file his brief by **FRIDAY, FEBRUARY 1, 2013**. Because appellant has already been granted one extension of time to file his brief and the brief is now more than thirty days overdue, no further extensions will be granted.

We **DIRECT** the clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE